## Town of East Haven et al. *v.* City of New Haven et al.

In accordance with the stipulation of the parties and in light of the decision in the case of *United States* v. *New Haven*, 496 F.2d 452 (2d Cir.), cert. denied sub nom. *East Haven* v. *United States*, 419 U.S. 958, 95 S. Ct. 218, 42 L. Ed. 2d 174, it is ordered by the Supreme Court that this case be remanded to the Superior Court in New Haven County with direction to render judgment denying the plaintiff's prayer that the defendant be found in contempt.

*Anthony V. DeMayo,* for the plaintiffs.

*Roger J. Frechette,* for the defendants.

Submitted April 28—decided May 6, 1975

## Jerard Chartier *v.* Commissioner of Welfare

The plaintiff's petition for certification for appeal from the Appellate Division of the Court of Common Pleas is denied.

*Dennis J. O'Brien,* in support of the petition.

Submitted April 30—decided May 6, 1975

## Jack Goldberg *v.* Zoning Commission of the Town of Simsbury

The plaintiff's petition for certification for appeal from the Court of Common Pleas in Hartford County is granted.

*Arnold H. Klau,* in support of the petition.